UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ASONGAFAC FERDINAND**          **CASE NO.  6:20-CV-01227**
**FOLEBE #A213186543**

**VERSUS**          **JUDGE JUNEAU**

**CHAD WOLF ET AL**          **MAGISTRATE JUDGE WHITEHURST**

## MEMORANDUM ORDER

Before the Court is the petition for writ of habeas corpus (28 U.S.C. §2241) filed by pro se petitioner Asongafac Ferdinand Folebe on September 16, 2020.

Petitioner is an immigration detainee in the custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE). Petitioner asserts that the duration of his detention without parole or a bond hearing, as well as the continued fact of that detention in light of respondents' alleged failure to sufficiently mitigate the risk of serious illness or death associated with COVID-19, each violate his right to due process under the United States Constitution.

However, as this Court's review of Petitioner's assertions turns on factors not sufficiently alleged by the pleadings, the Court cannot determine at this time whether Petitioner is entitled to the relief he seeks.  Accordingly, Petitioner should amend his complaint and provide a statement and/or documentation indicating (1) when and where he entered the United States, and from what country; (2) any notice to appear

that he received; (3) whether and when he has requested asylum; (4) whether and when he has participated in a credible fear interview, and if so, the result of that interview; (5) whether and when he has been ordered removed by an immigration judge, and if so, a copy of the deportation/removal order; (6) whether and when he appealed any removal order to the Board of Immigration Appeals ("BIA"); (7) the status of his BIA appeal and a copy of the BIA's decision, if applicable; (8) copies of any notices of review of his custody status, including whether he has received any bond hearing; (9) any medical documentation related to his current health conditions that could impact his risk of serious illness or death if he were to contract COVID-19; and (10) any additional information regarding his claim of unsafe conditions of detention.

**IT IS ORDERED** that Petitioner amend his complaint within thirty (30) days of the filing of this Order to provide the information outlined above. Failure to comply with this Order may result in dismissal of this action under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of November, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE